No. 545. STATE OF OHIO EX REL. GEORGE S. HAWKE v. ROBERT A. LEBLOND, AS PRESIDING JUDGE, ETC. [See *ante,* 679.]

No. 576. DENISON-PRATT PAPER COMPANY v. NEWS PUBLISHING COMPANY. November 19, 1923. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of West Virginia denied. *Mr. Charles D. Merrick* and *Mr. Buford C. Tynes* for petitioner. *Mr. C. M. Hanna* for respondent.

No. 598. BARNEY MCCOURTNEY ET AL. v. UNITED STATES. November 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John M. Cleary* for petitioners. No brief filed for the United States.

No. 617. DOVAN CHEMICAL CORPORATION v. NATIONAL ANILINE & CHEMICAL COMPANY. November 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James R. Sheffield* and *Mr. Drury W. Cooper* for petitioner. *Mr. Charles H. Otis* for respondent.

No. 620. THEODORE DEWITT v. UNITED STATES. November 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ben B. Wickham* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 619. OLIVER OIL GAS BURNER & MACHINE COMPANY v. INTERNATIONAL HEATING COMPANY ET AL. No-